IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KIMBERLY REYNOLDS,**
**PARENT AND NEXT BEST**
**FRIEND OF JR, A MINOR**                                                              **PLAINTIFF**

v.                                                            CIVIL ACTION NO. 1:19-cv-426-TBM-RPM

**GEORGE COUNTY SCHOOL**
**DISTRICT**                                                                            **DEFENDANT**

## ORDER

This matter is before the Court *sua sponte* after review of the docket in this case. On August 1, 2019, Plaintiff filed a Complaint [1] against the George County School District.[1] On January 15, 2020, Plaintiff filed a Memorandum Brief for Independent Review of Administrative Law Decision [10] and a Corrected Memorandum Brief for Independent Review of Administrative Law Decision [11], docketing both as motions. On January 16, 2020, the Clerk's Office terminated both filings ([10] and [11]), stating:

> Both of these documents are titled as Memorandums, but were filed as Motions. These motions will be terminated and disregarded on the docket. If this document is a Memorandum, the correct event can be found under the 'Responses and Replies' category. If the document should be considered as a motion, the document should be correctly titled and re-filed.

After this docket notation was made, Plaintiff filed a Corrected Memorandum Brief for Independent Review of Administrative Law Decision [12]. Plaintiff did not file a motion. Rule 7(b) of the Local Uniform Civil Rules of the United States District Courts for the Northern and

---

[1] This matter was initially assigned to Senior District Judge Louis Guirola, Jr. On December 17, 2019, this case was reassigned to Senior District Judge Keith Starrett, and on December 18, 2020, this case was reassigned to the undersigned.

Southern Districts of Mississippi provides: "Any written communication with the court that is intended to be an application for relief or other action by the court must be presented by a motion in the form prescribed by this Rule." Dist. Miss. L.U. Civ. R. 7(b).  While Plaintiff's new filing was not docketed as a motion, the Defendant filed a Memorandum Brief in Opposition to Independent Review of Administrative Law Decision [14] on March 9, 2020.  Finally, on March 30, 2020, Plaintiff filed a Reply Brief to Defendant's Response to Plaintiff's Corrected Memorandum Brief for Independent Review of Administrative Law Decision [16].

Presently, there is no motion on the docket that ordinarily triggers review in due course. Nevertheless, the Court recognizes the intention of the parties and will consider the briefs on the merits as presented.  This matter will be expeditiously decided.  Further, the Court will set this matter for a status conference where it will also hear arguments on the above referenced briefs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is set for status conference on November 4, 2021, where the parties will apprise the Court of the status of this case *and* present arguments on their Briefs.  A text order with details of the hearing will follow entry of this Order.

**SO ORDERED AND ADJUDGED** this the 7th day of October, 2021.

                                                                    _____
                                                                    TAYLOR B. McNEEL
                                                                    UNITED STATES DISTRICT JUDGE